Benjamin Heikali (SBN 307466)
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885
E-mail:   bheikali@faruqilaw.com

[Additional Counsel in Signature Page]

*Attorney for Plaintiff David Thornton*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID THORNTON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MELLANOX TECHNOLOGIES LTD., IRWIN B. FEDERMAN, EYAL WALDMAN, STEVE SANGHI, AMAL M. JOHNSON, UMESH PADVAL, GLENDA MARY DORCHAK, JACK R. LAZAR, DR. DAVID PERLMUTTER, GREGORY L. WATERS and JON A. OLSEN,<br><br>Defendants. | Civil Action No. 3:19-cv-02406-RS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1  In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David Thornton, by counsel, hereby gives notice that he is dismissing all claims in the above-referenced matter, with prejudice to himself and without prejudice as to all others similarly situated.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED:  August 26, 2019                    Respectfully submitted,

**FARUQI & FARUQI, LLP**

OF COUNSEL:                                */s/ Benjamin Heikali*
                                           Benjamin Heikali SBN 307466
**FARUQI & FARUQI, LLP**                   10866 Wilshire Boulevard, Suite 1470
Nadeem Faruqi                              Los Angeles, CA 90024
James M. Wilson, Jr.                       Telephone: 424-256-2884
685 Third Avenue, 26th Floor               Facsimile: 424-256-2885
New York, NY  10017                        E-mail: bheikali@faruqilaw.com
Tel:  212-983-9330
Fax:  212-983-9331                         *Counsel for Plaintiff*
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*